## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              Case No:  8:05-CR-57-T-30EAJ

ANGELO WOODRUFF WYNN,

    Defendant(s).
_____/

## ORDER

Upon review and consideration, and pursuant to this Court's endorsed Order (Dkt. #43) entered on August 8, 2005, the Order adopting the Report and Recommendations (Dkt. #38) of the Magistrate Judge regarding Defendant's Motion to Suppress Evidence  (Dkt. #16), is hereby VACATED.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cr-57.vacate.wpd