**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              Case No:  8:05-CR-57-T-30EAJ

ANGELO WOODRUFF WYNN,

    Defendant(s).
_____/

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth Jenkins (**Dkt. #38**) and Petitioner's Objections to the Report and Recommendations (**Dkt. #42**).  After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objections of Petitioner, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (**Dkt. #38**) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Defendant's Motion to Suppress Evidence (**Dkt. #16**) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 9, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cr-57.adoption R & R.wpd